**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6378**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROGER BUTLER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge. (CR-94-68-4-2, CA-97-117-4-H)

———————

Submitted: May 29, 1998          Decided: August 25, 1998

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Roger Butler, Appellant Pro Se. Janice McKenzie Cole, United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We find that even if the district court's entry of the amended judgment on September 16, 1996, triggered the one-year limitation period of § 2255 and the motion was therefore timely filed, Butler is still not entitled to any relief under § 2255. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED